**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00048-CV

**NACHO REMODELING COMPANY, INC. D/B/A N. R. CO., Appellant**

**V.**

**CALSHERM PARTNERS, L.P. D/B/A SHERMAN OAKS APARTMENTS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-10-0571**

## ORDER

Before the Court is appellant's first unopposed motion for extension of time to file reply brief, which was filed on April 4, 2014. We **GRANT** the motion. We **ORDER** the reply brief received on April 4, 2014, filed as of the date of this order.

/s/     JIM MOSELEY
PRESIDING JUSTICE